■ CELESTINA CONTI, an Infant, Appellant, v BELLA HAHN, Respondent. —In a negligence action to recover damages for personal injuries, etc., plaintiff appeals from a judgment of the Supreme Court, Queens County, entered December 5, 1973, in favor of defendant, upon a jury verdict. Judgment reversed, on the facts, and new trial granted, with costs to abide

the event. The verdict was against the weight of the credible evidence. Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.